NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY B. WILLIAMS,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2012-3166

---

Petition for review of the Merit Systems Protection Board in No. AT0752110898-I-1.

---

**ON MOTION**

---

**O R D E R**

Johnny Williams moves for a 60-day extension of time to find counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

JOHNNY WILLIAMS V. DEPARTMENT OF AGRICULTURE          2

The motion is granted.  If Williams is unable to find counsel, he must file his initial brief (form enclosed) within 60 days of the date of filing of this order.


FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21